1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9  LU VANG YANG,                    )    1:04-cv-06465 REC LJO
                                    )
10             Plaintiff,            )    STIPULATION AND ORDER
                                    )    TO EXTEND TIME
11                                   )
             v.                     )
12                                   )
   JO ANNE B. BARNHART,              )
   Commissioner of Social           )
13 Security,                         )
                                    )
14             Defendant.            )
   _____)
15

16      The parties, through their respective counsel, stipulate that

17 defendant's time to respond to plaintiff's opening brief be

18 extended from July 18, 2005 to August 18, 2005.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25

26

                                    1

1  This is defendant's first request for an extension of time to
2 respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

                                        Respectfully submitted,

Dated: July 12, 2005

                                /s/ Gina M. Fazio
                                (as authorized by facsimile)
                                GINA M. FAZIO
                                Attorney for Plaintiff


Dated: July 14, 2005            McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney




     IT IS SO ORDERED.

**Dated:   July 14, 2005**                   **/s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE

2