1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9
   LU VANG YANG,                    )   1:04-cv-6465 REC LJO
10                                  )
               Plaintiff,           )   STIPULATION AND ORDER
11                                  )   TO EXTEND TIME
                                    )
12             v.                   )
                                    )
13 JO ANNE B. BARNHART,             )
   Commissioner of Social           )
14 Security,                        )
                                    )
15             Defendant.           )
   _____)
16

17      The parties, through their respective counsel, stipulate

18 that defendant's time to respond to plaintiff's opening brief be

19 extended from August 18, 2005 to September 7, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28

                                   1

This is defendant's second request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: August 18, 2005

                                        /s/ Gina M. Fazio
                                        (As authorized via facsimile)
                                        GINA M. FAZIO
                                        Attorney for Plaintiff


Dated: August 18, 2005          McGREGOR W. SCOTT
                                United States Attorney


                                        /s/ Kristi C. Kapetan
                                        KRISTI C. KAPETAN
                                        Assistant U.S. Attorney


     IT IS SO ORDERED.

**Dated:   August 19, 2005**                /s/ Lawrence J. O'Neill
66h44d                                  UNITED STATES MAGISTRATE JUDGE

2